[No. 10,725.—Department Two.]
Feb. 4, 1882.

## Ex Parte CHARLES LAWRENCE.

Municipal Ordinance—Judgment—Fine and Imprisonment.

Application for discharge on *habeas corpus.*

The prisoner was convicted in the Police Court of the city and county of San Francisco of misdemeanor in disturbing the peace, and was sentenced to pay a fine of twenty dollars and in default of payment to be imprisoned in the County Jail for the period of ten days. The commitment was for ten days or until the fine should be paid.

No briefs on file.

The Court:

In this cause, the only question is as to the judgment, which is similar to that in the case of Chin Yan, No. 10,716. On the authority of that case, with the result of which we are satisfied, this must be determined, and it follows from it that the petitioner is not entitled to be discharged, and he will therefore be remanded to the custody of the Sheriff of the city and county of San Francisco.

So ordered.